IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FINANCIAL FREEDOM ACQUISITION, LLC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.  11-cv-66-JPG-SCW |
| | ) | |
| UNKNOWN SUCCESSOR TRUSTEE OF THE | ) | |
| WALTER L. AND MARGARET L. FRAISE | ) | |
| TRUST DATED JULY 24, 1997, UNITED | ) | |
| STATES OF AMERICA SECRETARY OF | ) | |
| HOUSING AND URBAN DEVELOPMENT, | ) | |
| STATE OF ILLINOIS, WALTER L. FRAISE, | ) | |
| SR., as Trustee of the Walter L. and Margaret L. | ) | |
| Fraise Trust Dated July 24, 1997, MARGARET | ) | |
| L. FRAISE, as Trustee of the Walter L. and | ) | |
| Margaret L. Fraise Trust Dated July 24, 1997, | ) | |
| UNKNOWN BENEFICIARIES OF THE | ) | |
| WALTER L. AND MARGARET L. FRAISE | ) | |
| TRUST DATED JULY 24, 1997, WALTER L. | ) | |
| FRAISE, JR., and UNKNOWN OWNERS AND | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| | ) | |
|     Defendants. | ) | |

## RULE 54(b) JUDGMENT

    This matter having come before the Court, defendant United States Secretary of Housing and Urban Development having disclaimed and waived his claim, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States Secretary of Housing and Urban Development,

    IT IS HEREBY ORDERED AND ADJUDGED that the claim involving defendant United States Secretary of Housing and Urban Development is dismissed with prejudice and that the United States Secretary of Housing and Urban Development has no claim to the property at issue in this case and has waived his redemption rights.

    The remainder of this case is remanded to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois.

**DATED: February 15, 2011**        **NANCY J. ROSENSTENGEL, Clerk of Court**


                                        **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**